# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Djakarta Jacobs v. PNY Technologies, Inc.

Case Number: 1:21-cv-03354

An appearance is hereby filed by the undersigned as attorney for:

Djakarta Jacobs, plaintiff

Attorney name (type or print): Scott Warrick

Firm: Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr & Mougey, P.A.

Street address: 316 S. Baylen Street, Suite 600

City/State/Zip: Pensacola, FL 32502

Bar ID Number: 0042839
(See item 3 in instructions)

Telephone Number: 850-435-7000

Email Address: swarrick@levinlaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you acting as local counsel in this case? | ☐ | ☑ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☑ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
 If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 7/24/2023

Attorney signature: S/ Scott Warrick
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015