# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division


Djakarta Jacobs

                              Plaintiff,

v.                                                          Case No.: 1:21–cv–03354
                                                            Honorable Lindsay C. Jenkins

PNY Technologies, Inc.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, January 22, 2024:


        MINUTE entry before the Honorable Lindsay C. Jenkins: The parties have filed a stipulation of dismissal [59], the terms of which are set forth therein. Civil case closed.Mailed notice. (jlj, )



**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.